# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROCHELLE BEAULIEU, | CIVIL ACTION NO.  14-1771 |
| Plaintiff | JUDGE CARL E. BARBIER – SECTION  J |
| vs | MAGISTRATE JUDGE MICHAEL B. NORTH – DIVISION 5 |
| BOC, LLC, a New York limited liability company, | **JURY TRIAL DEMANDED** |
| Defendant | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ROCHELLE BEAULIEU, through undersigned counsel, hereby gives notice that the above captioned action against Defendant BOC, LLC is voluntarily dismissed, without prejudice.

GESUND & PAILET, LLC

/s/ Keren E. Gesund, Esq.
Keren E. Gesund, Esq.
Louisiana Bar No. 34397
3421 N. Causeway Blvd
Suite 805
Metairie, LA 70002
Tel: (702) 300-1180
keren@gp-law.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was electronically filed this 5th day of May 2015, and is available for viewing and downloading from the ECF System of the United States District Court for the Eastern District of Louisiana.

The undersigned further certifies that a true and correct copy of the foregoing document was served by mailing a copy thereof, first class mail, postage prepaid, this 5th day of May 2015 as follows:

BOC, LLC
C/O Corporate Creations Network, Inc.
15 North Mill Street
Nyack, New York, 10960

**GESUND & PAILET, LLC**

*/s/ Keren E. Gesund, Esq.*
Keren E. Gesund, Esq.
Louisiana Bar No. 34397
3421 N. Causeway Blvd
Suite 805
Metairie, LA 70002
Tel: (702) 300-1180
keren@gp-law.com
Attorney for Plaintiff