UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROCHELLE BEAULIEU** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 14-1771** |
| **BOC, LLC** | **SECTION "J" (5)** |

ORDER

Considering the Notice of dismissal [14] filed on May 5, 2015, it is

ORDERED that the Call Docket scheduled for May 6, 2015 is CANCELLED.

Dated at New Orleans, LA, this  5th  day of MAY, 2015

UNITED STATES DISTRICT JUDGE